**PROPOSED ORDER/COVER SHEET**

**TO:** **Honorable Susan van Keulen**
**U.S. Magistrate Judge**

**RE:** **HUGHES, Kyle John**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **5:24-cr-00229-EJD-10**

**Date:** **8/13/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Shafia Khanoon
U.S. Pretrial Services Officer

(408) 535-5231
**TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

- [ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.
- [x] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 6, 4th Floor on 8/18/2026 at 1:00 pm.
- [ ] Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge ____________ Presiding District Court Judge ____________
- [ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:
- [ ] Modification(s)

A. ____________

B. ____________

- [ ] Bail Revoked/Bench Warrant Issued.
- [ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).
- [ ] Other Instructions:

____________________________________________

____________________________________________

____________________________________________

Susan van Keulen (signature)
**JUDICIAL OFFICER**

August 13, 2026
**DATE**